NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DENNIS DEAL, DC #T20922,               )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No.  2D18-2247
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.


PER CURIAM.

            Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.